UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BRAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ESTEE LAUDER, INC., a corporation; ELC BEAUTY, LLC; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 8:24-cv-00679-RGK-JDE<br><br>**STIPULATED PROTECTIVE ORDER**<br><br>District Judge: R. Gary Klausner<br>Magistrate Judge: John D. Early<br><br>Trial Date: June 24, 2025 |

For good cause shown, the Court accepts and enters the Parties' Stipulated Protective Order (Dkt. 21) as an Order of the Court.

Dated: November 12, 2024

_____
JOHN D. EARLY
United States Magistrate Judge